ACCEPTED
03-15-00112-CR
7259864
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/6/2015 6:19:07 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00112-CR

| | | |
|---|---|---|
| **MATTHEW JARRETT LEE** | § | **IN THE THIRD** FILED IN |
| | | 3rd COURT OF APPEALS |
| | | AUSTIN, TEXAS |
| **v.** | § | **DISTRICT COURT OF** 10/6/2015 6:19:07 PM |
| | | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** Clerk |

### STATE'S FOURTH & FINAL MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 1 day to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by complaint and information with Possession of Marijuana < 2 Ounces, a class B misdemeanor. He was found guilty by a jury and sentenced to 90 days in Comal County Jail, suspended for 12 months. He was also assessed a $1,000 fine which was probated for $750, along with court fees and costs. Appellant filed a motion for extension of time to file his notice of appeal which the Court granted. Appellant subsequently filed his brief on May 26, 2015, and the State's brief is currently due on October 5, 2015.

1

## II.

As mentioned in the Third Motion to Extend Time, due to a high volume of appellate work, the brief in this case was assigned to Mr. Scott Walther. A draft of the brief was submitted to our office Sunday afternoon. An attorney from our office reviewed the brief yesterday and today, making mostly minor changes, reorganizing and expanding a few sections and checking citations. The Table of Authorities also had to be updated today. The State now submits the brief alongside the instant motion, and respectfully moves for an extension of one day to allow the filing of the State's brief in this case. This is the fourth and final extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 1 day, until October 6, 2015, so that the Court will allow the filing of the State's response to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Fourth & Final Motion to Extend Time to File Brief* has been delivered to Appellant MATTHEW JARRETT LEE's attorney in this matter:

Frank B. Suhr
fsuhr@newbraunfelslaw.com
THE LAW OFFICES OF FRANK B. SUHR
State Bar No. 19466300
473 S. Seguin Ave., Suite 100
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address, this 6th day of October, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred or made reasonable attempts to confer with all other parties about the merits of this motion and whether the parties oppose the motion. Mr. Frank B. Suhr, Attorney for Appellant MATTHEW JARRETT LEE, did not agree to or oppose the instant motion.

/s/ Joshua D. Presley
**Joshua D. Presley**